UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARK J. SULLIVAN | : | 18-cv-7596 (ER)(JLC) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -vs.- | : | **APPEARANCE OF** |
| | : | **COUNSEL** |
| | : | |
| NEW YORK CITY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

To the Clerk of the Court and all parties of record:

I am admitted and otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, Mark J. Sullivan.  With the permission of the Court, Plaintiff's counsel may be assisted in this case by law student interns, but will submit Law Student Intern Appearance forms pursuant to the local rules.

Dated:      New York, New York
            May 13, 2020

**LAW OFFICE OF AMY JANE AGNEW, P.C.**

By: _/s/ AJ Agnew_____
Amy Jane Agnew, Esq.
24 Fifth Avenue, Suite 1701
New York, New York 10011
(973) 600-1724
aj@ajagnew.com